**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| CHARLES WHITNEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2: 12-cv-01623 |
| | ) | |
| v. | ) | Chief United States District Judge |
| | ) | Joy Flowers Conti |
| JOHN E. WETZEL, et al., | ) | |
| | ) | United States Magistrate Judge |
| Defendants. | ) | Cynthia Reed Eddy |

**ORDER**

**AND NOW**, this 24th day of October, 2013, it is hereby **ORDERED, ADJUDGED AND DECREED** that for the reasons set forth in the accompanying memorandum opinion Defendants' Motion to Dismiss (ECF No. 29) is **GRANTED IN PART AND DENIED IN PART** as follows:

(a)     The Motion is **GRANTED** with respect to Plaintiff's claims under the First Amendment that his privileged mail was improperly opened;

(b)     The Motion is **GRANTED** with respect to Defendants' request to dismiss Defendants Wetzel, House, Switzer, Linderman, and Oppman based on lack of personal knowledge;

(c)     The Motion is **DENIED** with respect to Plaintiff's First Amendment Retaliation claim, his Eighth Amendment conditions of confinement claim, and his Fourteenth Amendment equal protection claim;

1

(d)     The Motion is **DENIED** with respect to Defendants' request to dismiss Defendant Coleman.

It is further **ORDERED** that the Report and Recommendation (ECF No. 37) dated August 21, 2013, is **ADOPTED** as the opinion of the Court, as supplemented by the memorandum opinion accompanying this order.

It is further **ORDERED** that the remaining Defendants shall file a responsive pleading in accordance with Federal Rule of Civil Procedure 12(b)(4)(A).

It is further **ORDERED** that this matter is remanded back to the magistrate judge for all further pretrial proceedings.

BY THE COURT:

/s/ Joy Flowers Conti
Joy Flowers Conti
Chief, United States District Judge

cc:     CHARLES WHITNEY
        DM 3996
        SCI Benner
        301 Institution Drive
        Bellefonte, PA 16823


        Yana L. Chudnovsky
        Deputy Attorney General

2

Email: ychudnovsky@attorneygeneral.gov