IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES WHITNEY,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN E. WETZEL, *et al.,*<br><br>    Defendants. | ) Civil Action No. 2: 12-cv-01623<br>)<br>)<br>) Chief United States District Judge<br>) Joy Flowers Conti<br>)<br>)<br>)<br>) |

**ORDER**

**AND NOW,** this 12th day of August, 2015, it is hereby **ORDERED, ADJUDGED AND DECREED** that for the reasons set forth in the accompanying memorandum opinion Defendants' Motion for Summary Judgment (ECF No. 73) is **GRANTED** and Plaintiff's Motion for Partial Summary Judgment (ECF No. 77) is **DENIED**.

It is further **ORDERED** that the Report and Recommendation (ECF No. 102) dated July 6, 2015, is **ADOPTED**, as the opinion of the Court, as supplemented by the memorandum opinion accompanying this order.

                                                                     BY THE COURT:

                                                                       /s/ Joy Flowers Conti
                                                                       Joy Flowers Conti
                                                                       Chief, United States District Judge

cc:    CHARLES WHITNEY
       DM 3996
       SCI Benner
       301 Institution Drive
       Bellefonte, PA 16823
       (via United States First Class Mail)


       Yana L. Warshafsky
       Office of the Attorney General
       (via ECF electronic notification)